1  James D. Pacitti, Esq. (SBN 248696)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA  90025
3  T: (323) 988-2400; F: (866) 802-0021
   jpacitti@consumerlawcenter.com
4
5  Attorneys for Plaintiff,
   MARY SHEYS

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY SHEYS, ) | Case No.: 3:10-cv-00552-SC |
| ) | |
| Plaintiff, ) | **STIPULATION OF DISMISSAL** |
| vs. ) | **WITH PREJUDICE** |
| ) | |
| DIVERSIFIED COLLECTION SERVICES, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, MARY SHEYS, against Defendant, DIVERSIFIED COLLECTION SERVICES, INC., in the above-captioned proceeding are hereby dismissed, with prejudice.


Dated: 9/30/10          KROHN & MOSS LTD

                        /s/ James Pacitti
                        James Pacitti, Esq.
                        Attorney for Plaintiff,
                        MARY SHEYS

Dated: 9/30/10          KRONICK, MOSKOVITZ TIEDEMANN & GIRARD

                         /s/  Tyler Folck
                        Tyler Folck
                        Attorney for Defendant,
                        DIVERSIFIED COLLECTION SERVICES, INC.

1

Stipulation of Dismissal and [Proposed] Order

951902.1 12344.010

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARY SHEYS, | Case No.: **3:10-cv-00552-SC** |
| Plaintiff, | |
| vs. | ~~[PROPOSED]~~ **ORDER OF DISMISSAL WITH PREJUDICE** |
| DIVERSIFIED COLLECTION SERVICES, INC.., | |
| Defendant. | |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  October 4, 2010

_____
The Honorable Judge
United States District Judge

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti (signed)]*